IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE JEAN REILING,<br><br>Defendant. | CR 19-109-BLG-SPW-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Christine Jean Reiling (Reiling) has been accused of violating the conditions of her supervised release. Reiling has admitted all of the alleged violations. Reiling's supervised release should be revoked. Reiling should be placed in custody for 3 months, with 45 months of supervised release to follow. Reiling should serve the first 60 days of her supervised release in a secure inpatient drug treatment facility.

## II. Status

Reiling pleaded guilty to Possession with Intent to Distribute Methamphetamine on June 25, 2020. (Doc. 75). The Court sentenced Reiling to 36 months of custody, followed by 4 years of supervised release. (Doc. 100).

Reiling's term of supervised release began on January 14, 2022. (Doc. 104 at 1).

### Petition

The United States Probation Office filed a Petition on May 18, 2022, requesting that the Court revoke Reiling's supervised release. (Doc. 104). The Petition alleged that Reiling violated the conditions of her supervised release: 1) by failing to report for substance abuse treatment; 2) by failing to maintain full-time employment; 3) by failing to report to her probation officer as directed; 4) by knowingly interacting with a convicted felon; and 5) by using methamphetamine and fentanyl.

### Initial appearance

Reiling appeared before the undersigned for her initial appearance on May 25, 2022. Reiling was represented by counsel. Reiling stated that she had read the petition and that she understood the allegations. Reiling waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on May 25, 2022. Reiling admitted that she had violated the conditions of his supervised release: 1) by failing to report for substance abuse treatment; 2) by failing to maintain full-time

employment; 3) by failing to report to her probation officer as directed; 4) by knowingly interacting with a convicted felon; and 5) by using methamphetamine and fentanyl. The violations are serious and warrant revocation of Reiling's supervised release.

Reiling's violations are Grade C violations. Reiling's criminal history category is III. Reiling's underlying offense is a Class B felony. Reiling could be incarcerated for up to 36 months. Reiling could be ordered to remain on supervised release for up to 48 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Reiling's supervised release should be revoked. Reiling should be incarcerated for 3 months, with 45 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Reiling should serve the first 60 days of her supervised release in a secure inpatient drug treatment facility.

### IV. Conclusion

The Court informed Reiling that the above sentence would be recommended to United States District Judge Susan P. Watters. The Court also informed Reiling of her right to object to these Findings and Recommendations within 14 days of

their issuance. The Court explained to Reiling that Judge Watters would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Christine Jean Reiling violated the conditions of her supervised release: by failing to report for substance abuse treatment; by failing to maintain full-time employment; by failing to report to her probation officer as directed; by knowingly interacting with a convicted felon; and by using methamphetamine and fentanyl.

The Court **RECOMMENDS:**

> The District Court should revoke Reiling's supervised release and commit Reiling to the custody of the United States Bureau of Prisons for 3 months, with 45 months of supervised release to follow. Reiling should serve the first 60 days of her supervised release in a secure inpatient drug treatment facility.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and

may waive the right to appear and allocute before a district court judge.

Dated this 26th day of May, 2022.

*[signature]*
John Johnston
United States Magistrate Judge