IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE JEAN REILING,<br><br>Defendant. | CR 19-109-BLG-SPW-JTJ<br><br>ORDER |

On May 26, 2022, United States Magistrate Judge Johnston entered Findings and Recommendations with respect to the May 18, 2022, petition for revocation of Defendant Christine Jean Reiling's supervised release. (Docs. 111 and 104). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn,* 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax,* 235 F.3d 422, 427 (9th Cir. 2000).

1

Bases on Defendant Reiling's admissions to the alleged violations, Judge Johnston recommends her supervised release be revoked. Judge Johnston further recommends that this Court sentence Defendant Reiling to 3 months custody with 45 months supervised release to follow. Judge Johnston recommended that Defendant Reiling serve the first 60 days of her supervised release in a secure inpatient drug treatment facility. Judge Johnston's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Christine Jean Reiling's supervised release is revoked. Judgment will be entered by separate document.

DATED this 16th day of June, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge